IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BEVERLY JENNETT, | ) | |
| Plaintiff, | ) | Case No: 3:14cv1288 |
| v. | ) | JUDGE HAYNES |
| THE TRAVELERS INDEMNITY | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel for the parties, all matters in controversy arising in this action have been resolved and this case should be dismissed with prejudice.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. The parties are responsible for their own discretionary costs.

**IT IS SO ORDERED**

ENTERED this the _____ day of September 2015.

**WILLIAM J. HAYNES, JR.**
United States District Judge

– 1 –

APPROVED FOR ENTRY:


s/ Thomas W. Thompson
Thomas W. Thompson, Esq. (BPR #25817)
SMITH, KLING & THOMPSON, P.A.
4 725 N. Lois A venue
Tampa, FL 33614
Telephone: 813-254-1800
Facsimile: 813-254-1844
thompson@ttglaw.com
Attorney for Plaintiffs



s/Brent S. Usery
Marc O. Dedman (BPR 014044)
Brent S. Usery (BPR 025737)
Spicer Rudstrom, PLLC
414 Union Street
Bank of America Plaza, Suite 1700
Nashville, TN 37219
Telephone: (615) 425-7351
Facsimile: (615) 259-1522
mod@spicerfirm.com
bsu@spicerfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via United States mail, postage prepaid, and properly addressed to:

Thomas W. Thompson, Esq. (BPR #25817)
Lee Smith, Esq.
Stefan Moroney, Esq.
SMITH, KLING & THOMPSON, P.A.
4 725 N. Lois A venue
Tampa, FL 33614

Robert D. MacPherson, BPR #022516
MacPherson & Youmans, P.C.
119 Public Square
Lebanon, Tennessee 37087

This 16th day of September, 2015.

                                              s/Brent S. Usery
                                              Brent S. Usery