IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY JENNETT,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY,<br><br>　　　Defendant. | Case No. 3:14-cv-01288<br>Senior Judge Haynes |

## ORDER

Before the Court is the parties' stipulation of dismissal of all claims pending in this action. (Docket Entry No. 18). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. Each party shall bear their own discretionary costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 17th day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge